# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**
- City:
- County: Plymouth

**Category No.** II
**Investigating Agency:** IRS-CI

**Related Case Information:**
- Superseding Ind./Inf.: 
- Case No.:
- Same Defendant / New Defendant
- Magistrate Judge Case Number: 23-MJ-5015-JGD; See below
- Search Warrant Case Number: 22-MJ-5041-JGD; See below
- R 20/R 40 from District of:

**Defendant Information:**
- Defendant Name: Wens Herby Mathurin
- Juvenile: No ✓
- Is this person an attorney and/or a member of any state/federal bar: No ✓
- Alias Name:
- Address (City & State): Brockton, MA
- Birth date (Yr only): 1996
- SSN (last 4#): 4150
- Sex: M
- Race:
- Nationality:

**Defense Counsel if known:**
- Address:
- Bar Number:

**U.S. Attorney Information:**
- AUSA: David M. Holcomb
- Bar Number if applicable: 694712

**Interpreter:** No ✓
List language and/or dialect:

**Victims:** Yes ✓ — If yes, are there multiple crime victims under 18 USC§3771(d)(2): [Yes] [No] (unchecked)

**Matter to be SEALED:** Yes ✓

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment
**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/23/2023   Signature of AUSA: /s/ David M. Holcomb

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wens Herby Mathurin

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant numbers:  23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD

Seizure Warrant:  23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD

Related Complaints:  23-mj-5013-JGD; 23-mj-5014-JGD