**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.**   II      **Investigating Agency**   IRS-CI

**City**                             **Related Case Information:**

**County**   Plymouth             Superseding Ind./ Inf.             Case No.
                                         Same Defendant             New Defendant
                                         Magistrate Judge Case Number   23-MJ-5015-JGD; See below
                                         Search Warrant Case Number   22-MJ-5041-JGD; See below
                                         R 20/R 40 from District of

**Defendant Information:**

| | | | | |
|---|---|---|---|---|
| Defendant Name | Richardson Rhau | Juvenile: | ☐ Yes | ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes | ☑ No |

Alias Name

Address    (City & State)   Brockton, MA

Birth date (Yr only): 1974    SSN (last4#): 3040    Sex M    Race:    Nationality:

**Defense Counsel if known:**                        Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb            Bar Number if applicable   694712

**Interpreter:**    ☐ Yes    ☑ No      List language and/or dialect:

**Victims:**    ☑ Yes    ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes    ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

    ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of           in
☐ Already in State Custody at           ☐ Serving Sentence       ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**    ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**    ☐ Petty      ☐ Misdemeanor      ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   01/23/2023        Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Richardson Rhau

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant numbers:  23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD

Seizure Warrant:  23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD

Related Complaints:  23-mj-5013-JGD; 23-mj-5014-JGD