IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 23-mj-5015-JGD |
| | ) | |
| RICHARDSON RHAU, et al. | ) | |
| | ) | |
| Defendants | ) | |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court for a limited unsealing of the complaint and supporting attached affidavit.  Attached hereto as Exhibit A is a proposed redacted complaint.  Attached hereto as Exhibit B is a proposed redacted affidavit.

As grounds for this motion, the government states that defendant Richardson Rhau has been taken into custody as of January 25, 2023.  The government no longer believes that public disclosure of these materials as they relate to the Arrested or Detained Defendants might jeopardize the ongoing investigation of this case.

The government requests that the complaint and supporting affidavit remain under seal as to the remaining defendant until the defendant is in custody in the above-captioned case and the Court has ordered the materials unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: _/s/ David M. Holcomb_____
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated:  January 25, 2023