AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>▮▮▮▮▮▮▮▮▮▮▮, and<br>RICHARDSON RHAU<br><br>*Defendant(s)* | Case No.   23-mj-5015-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2020 - August 2020** in the county of **Plymouth** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Than Trung Nguyen, IRS-CI Special Agent
*Printed name and title*

Sworn to before me and signed telephonically.

Date: **Jan 24, 2023**

_____
*Judge's signature*

Hon. Judith G. Dein
*Printed name and title*

City and state:   Boston, Massachusetts