AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ▮▮▮▮▮▮▮▮▮▮, and | ) | |
| RICHARDSON RHAU | ) | 23-mj-5015-JGD |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2020 - August 2020___ in the county of ___Plymouth___ in the ___ District of ___Massachusetts___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_Than Trung Nguyen_
Complainant's signature

Than Trung Nguyen, IRS-CI Special Agent
_Printed name and title_

Sworn to before me and signed telephonically.

Date: __Jan 24, 2023__

_Judith Gail Dein_
_Judge's signature_

City and state: ___Boston, Massachusetts___

Hon. Judith G. Dein
_Printed name and title_