AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

Richardson Rhau

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 23-MJ-5015-JGD

I, __Richardson Rhau__ , charged in a ☑ complaint ☐ petition pending in this District with __Conspiracy to Commit Wire Fraud__ in violation of Title __18__ , U.S.C., __1349__ , and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

/s/ Richardson Rhau
*Defendant*

2/14/2023
*Date*

Jessica P. Thrall
*Counsel for Defendant*

Digitally signed by Jessica P. Thrall
Date: 2023.02.14 13:13:34 -05'00'